```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON

ROBBIE EDWARDS,                    )
                                   ) No. CV-10-343-JPH
          Plaintiff,               )
                                   ) ORDER GRANTING STIPULATED
v.                                 ) MOTION TO SUBSTITUTE PARTY
                                   )
MICHAEL J. ASTRUE, Commissioner    ) (ECF No. 29)
of Social Security,                )
                                   )
          Defendant.               )
                                   )
_____)
```

On October 27, 2011, the parties filed a stipulated motion to substitute a minor child, C.E.S., through her mother and guardian, Crystal Sherman, as plaintiff. The named plaintiff, Robbie Edwards, is deceased. ECF No. 29. The parties have consented to proceed before a magistrate judge (ECF No. 11).

After reviewing the record,

**IT IS ORDERED** that the stipulated motion (**ECF No. 29**)is **granted.**

**IT IS FURTHER ORDERED** that **Crystal Edwards, on behalf of C.E.S., a minor child, is substituted as plaintiff.** The caption will be changed to reflect the substitution.

DATED this 27th day of October, 2011.

                                        s/ James P. Hutton
                                       JAMES P. HUTTON
                              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
TO SUBSTITUTE PARTY                                      - 1 -